UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA JONES-CRUZ,

                Plaintiff,

- against -

VICTOR RIVERA, individually and in his capacity as VP Local 1199 SEIU, LOCAL 1199 SEIU, and BROOKDALE UNIVERSITY HOSPITAL MEDICAL CENTER,

                Defendants.

**ORDER**

19 Civ. 6910 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Defendants' motions to dismiss:

1. Defendants' motions are due on **December 18, 2019**;

2. Plaintiff's opposition is due on **January 8, 2020**; and

3. Defendants' reply, if any, is due on **January 15, 2020**.

The conference presently scheduled for November 21, 2019 is adjourned sine die.

Dated: New York, New York
       November 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge