UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA JONES-CRUZ,

     Plaintiff,

  - against -

VICTOR RIVERA, individually and in his capacity as VP Local 1199 SEIU, LOCAL 1199 SEIU, and BROOKDALE UNIVERSITY HOSPITAL MEDICAL CENTER,

     Defendants.

**ORDER**

19 Civ. 6910 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  The following schedule will apply to Plaintiff's motion to amend the Complaint:

1. Plaintiff's brief is due on **April 26, 2021**; and

2. Defendants' oppositions are due on **May 10, 2021**

Dated: New York, New York
    April 6, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge