UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA JONES-CRUZ,

                Plaintiff,

- against -

VICTOR RIVERA, individually and in his capacity as VP Local 1199 SEIU; LOCAL 1199 SEIU; and BROOKDALE UNIVERSITY HOSPITAL MEDICAL CENTER,

                Defendants.

**ORDER**

19 Civ. 6910 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that there will be a conference in this matter on **Thursday, November 17, 2022 at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  By **November 10, 2022**, the parties will submit a joint case management plan and proposed scheduling order.  A model is available on this Court's website.

Dated: New York, New York
       October 27, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge