UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA JONES-CRUZ,

                Plaintiff,

- against -

BROOKDALE UNIVERSITY HOSPITAL
MEDICAL CENTER,

                Defendant.

**ORDER**

19 Civ. 6910 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As stated at today's conference, the parties will file a joint letter within three days of the mediation taking place, informing the Court what happened at the mediation, and whether it was successful. If the mediation has not taken place by March 30, 2023, the parties will file a joint letter, updating the Court on the status of the mediation date.

Dated: New York, New York
       February 15, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge