UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA JONES-CRUZ,

                Plaintiff,

- against -

BROOKDALE UNIVERSITY HOSPITAL MEDICAL CENTER,

                Defendant.

**ORDER**

19 Civ. 6910 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      In a June 13, 2023 letter, Plaintiff Debra Jones-Cruz and Defendant Brookdale University Hospital Medical Center jointly request extensions of discovery deadlines and related dates. (June 13, 2023 Jt. Ltr. (Dkt. No. 80)) As stated at today's conference, the application is granted as set forth below:

      All fact discovery will be completed by **August 29, 2023**. Party-proponents that intend to offer expert testimony in respect of a claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **August 29, 2023**. Party-opponents of such claim that intend to offer expert testimony in respect of such claim must make the disclosures required by Federal Rule of Civil Procedure 26(a)(2) by **September 12, 2023**.

      Expert discovery will be completed by **September 28, 2023**.

      Any party seeking to file a post-discovery dispotive motion will submit a pre-motion letter in accordance with this Court's Individual Rules, by **October 5, 2023**. Any opposition letter will be filed by **October 10, 2023**.

There will be a conference in this matter on **August 31, 2023, at 10:45 a.m.**

Dated: New York, New York
June 15, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge