```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA JONES-CRUZ,

                    Plaintiff,

-against-

BROOKDALE UNIVERSITY HOSPITAL MEDICAL CENTER,

                    Defendant.

19-CV-06910 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    Because the undersigned does not have a "bundling" rule, it is hereby ORDERED that, if the parties have commenced summary judgment briefing as contemplated by the February 20, 2024 Order, any briefs already exchanged shall be filed on ECF no later than **March 13, 2024**, and the parties shall proceed with the remainder of the previously-ordered briefing schedule.

    If no summary judgment briefing has been exchanged, then no later than **March 15, 2024**, the parties shall file on ECF a joint letter, not to exceed three pages, updating the Court on the status of this matter, specifically addressing the status of any settlement discussions; whether the parties believe referral to the Magistrate Judge or the SDNY Mediation Program for a settlement conference would be helpful at this time; the anticipated length of the trial; and any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

    If this case has been settled or otherwise terminated, counsel are not required to submit such letter or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://nysd.uscourts.gov/electronic-case-filing.

In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.

Dated: March 12, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge