## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

DEBRA JONES-CRUZ ,

                Plaintiff,                                19 **CIVIL** 6910 (MMG)

      -against-                                  **JUDGMENT**

BROOKDALE HOSPITAL MEDICAL CENTER.

                Defendant.

---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 6, 2025, Defendant's motion for summary judgment is GRANTED in its entirety, and the case is DISMISSED. Accordingly, the case is closed.

**Dated:**  New York, New York

       June 9, 2025

                                                        **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                           **BY:**

                                                          **Deputy Clerk**